KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com



RECEIVED
AND FILED

2015 JUN 5 AM 10 08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:
SHANNON MATLOCK
NIGEREE HAIRSTON
5430 TAMI PLACE
LAS VEGAS, NV  89120

CASE NO: BKS-10-17243-BTB
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court
From:  Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| ATTORNEY FEES | LAW OFFICE OF IHAB T OMAR<br>8225 W SAHARA AVE<br>SUITE J<br>LAS VEGAS, NV  89117 | $0.00 | $2,089.68 |

Total: $2,089.68

Kathleen A. Leavitt

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: June 05, 2015

CC:  SHANNON MATLOCK AND NIGEREE HAIRSTON
     VOHWINKEL & ASSOCIATES

NOTE:  Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.

222342 - $2,089.68